Opinion by TYSON, J.

## Dunning v. Walker.

APPEAL from Cleburne County Court.
Heard before the Hon. T. J. BURTON.

MERRILL & BRIDGES, for appellant.

JAMES AIKEN, for appellee.

This was an action of detinue, brought by the appellee against the appellant. The judgment of the trial court is shown here only by the bill of exceptions, and this court says: "On this state of the record we can not revise the rulings of the county court. It does not appear in this court by a *transcript from the record* of the trial court that any judgment was rendered, and the judgment can not be shown in any other way."

The appeal is dismissed.

Opinion by McCLELLAN, C. J.